■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL RAMSEY, Appellant. [608 NYS2d 923] —Judgment unanimously affirmed. Memorandum: The evidence, viewed in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620, 621), is sufficient to support defendant's conviction and the verdict is not against the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490, 495). We have examined the contentions raised in defendant's *pro se* supplemental brief and conclude that none requires reversal. (Appeal from Judgment of Monroe County Court, Connell, J.—Attempted Murder, 2nd Degree.) Present—Green, J. P., Balio, Fallon and Davis, JJ.